Form B6 (6-90)

**UNITED STATES BANKRUPTCY COURT**                                 **DISTRICT OF**

In re: **Resnick, Samuel, Barry**
**Resnick, Ilyn, Marcia**           Debtor(s)         Case No. 04-13159-inf     (If Known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | Yes | 1 | 400,000 | | |
| B - Personal Property | Yes | 1 | 5,200 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 347,269 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 266,259 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 18,281 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 18,472 |
| Total Number of Sheets of All Schedules | | | | | |
| Total Assets | | | 405,200 | | |
| Total Liabilities | | | | 613,528 | |

3072 © 1991 JULIUS BLUMBERG INC. NYC 10013

Thursday, May 06, 2004.max

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia  Debtor(s)  Case No 04-13159-inf (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5 Victoria Circle Sharon, MA 02067 | tenancy by entirety | J | $400,000 | $316,962 |
| | | Total -> | $ 400,000 | (Report also on Summary of Schedules.) |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | cash on hand | H | $100 |
| | | cash on hand | W | $100 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account | H | $750 |
| | | checking account | W | $150 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Household goods | H | $1,350 |
| | | Household goods | W | $750 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | usual wearing apparel | H | $500 |
| 7. Furs and jewelry. | | usual wearing apparel | W | $500 |
| | | Jewelry | H | $500 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life insurance no cash value | | 0 |

Form B6B, P2 (6-90)  Julius Blumberg, Inc. NYC 10013

SCHEDULE B
PERSONAL PROPERTY

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia        Debtor(s)

Case No. 04-13159-inf  (if known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Office Equipment | | $500 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

0 continuation sheets attached   (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total -> $ 5,200

Thursday, May 06, 2004.max

Form B6 C (6,90) — Julius Blumberg, Inc. NYC 10013

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia

Debtor(s)   Case No. 04-13159-inf (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 9 Victoria Circle Sahron, MA | M.G.L. ch. 188 s.1A | $300,000 | $400,000 |
| cash on hand | M.G.L. ch. 235 s.34 | $200 | $200 |
| checking account | M.G.L. ch. 235 s.34 | $850 | $850 |
| Household goods and furnishings | M.G.L. ch. 235 s.34 | $2,100 | $2,100 |
| Usual wearing apparel | M.G.L. ch. 235 s.34 | $1,000 | $1,000 |
| Office Equipment | M.G.L. ch. 235 s.34 | $500 | $500 |

Form B6 D (12-03)

BlumbergExcelsior, Inc., Publisher NYC 10013
www.blumberg.com

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia

Debtor(s)    Case No. 04-13159-inf (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructons.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CUD | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C #0626260079-1 Citmortgage, Inc. P.O. Box 8003 South Hackensack, NJ 07606 | | W | home mortgage incurred 1996  VALUE $ 400,000 | | $316,962 | 0 |
| A/C #020382BA094 Toyota Financial Services P.O. Box 17187 Baltimore, MD 21297 | | | motor vehicle lease incurred December 2003 56 payments outstanding VALUE $ | | $21,507 | 0 |
| A/C #011950054606 Saab Financial Services P.O. Box 239 Memphis, TN 38101 | | | motor vehicle lease incurred November 2001 20 payments outstanding VALUE $ | | $8,800 | 0 |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

0 continuation sheets attached

Subtotal -> (Total of this page) $ 347,269
Total -> (use only on last page) $ 347,269

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

Form B6 E (12-03)

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia    Debtor(s)    Case No. 04-13159-inf (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fishermen**    Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**    Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6).

☐ **Alimony, Maintenance, or Support**    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507 (a) (7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D * | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |

__0__ Continuation sheets attached.    Subtotal -> (Total of this page)    $

Total -> (use only on last page of the completed Schedule E)    $

* If contingent, enter C; if unliquidated., enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

Form B6 F (12-03)

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia
Debtor(s)    Case No. 04-13159-inf (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 5475841270850011 Advanta Bank Corporation P.O. Box 8088 Philadelphia, PA 19101 | | W | credit card purchases | | $2,717 |
| A/C # 371271616901003 American Express P.O. Box 360002 Fort Lauderdale, FL 33336 | | H | credit card purchases | | $22,365 |
| A/C # 373273702641004 American Express P.O. Box 1270 Newark, NJ 07101 | | H | credit card purchases | | $38,553 |
| A/C # 5491130370833899 ATT Universal Card P.O. Box 8203 South Hackensack, NJ 07606 | | H | credit card purchses | | $11,836 |
| A/C # 4427100026816665 Bank of America P.O. Box 30770 Tampa, FL 33630 | | W | credit card purchases | | $6,536 |
| A/C # 5466472000567351 Bank One Cardmember Service P.O. Box 15153, Wilmington, DE 19886 | | W | credit card purchases | | $27,611 |
| A/C # 25299231 Bloomingdales P.O. Box 4590 Carol Stream, IL 60197 | | W | department store purchases | | $171 |
| A/C # 4115072236784438 Capital One, F.S.B. P.O. Box 85184 Richmond, VA 23285 | | H | credit card purchases | | $1,047 |
| A/C # 5291071621223625 Capital One Bank P.O. Box 85147 Richmond, Va 23276 | | H | credit card purchases | | $3,725 |

3  Continuation Sheets attached.

Subtotal -> $114,561
(Total of this page)

Total -> $
(use only on last page of completed Schedule F.)

\* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

\*\* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 F (12-03)

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia           Debtor(s)    Case No 04-13159-inf  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 4791242401962595<br>Capital One, F.S.B.<br>P.O. Box 85184<br>Richmond, VA 23285 | | H | credit card purchases | | $353 |
| A/C # 5491040210728532<br>Chase<br>P.O. Box 15583<br>Wilmington, De 19886 | | H | credit card purchases | | $13,273 |
| A/C # 5491040630355627<br>Chase<br>P.O. Box 15583<br>Wilmington, DE | | W | credit card purchases | | $21,501 |
| A/C # 5424180196320193<br>Citi Cards<br>P.O. Box 8102<br>South Hackensack, NJ 07606 | | W | credit card purchases | | $4,323 |
| A/C # 101000180273070101<br>Citizens Bank<br>P.O. Box 9799<br>Providence, RI 02940 | | W | loan | | $24,828 |
| A/C # 6011001160190296<br>Discover Card<br>P.O. Box 15251<br>Wilmington, DE 19886 | | H | credit card purchases | | $5,060 |
| A/C # 6011001160279305<br>Discover Card<br>P.O. Box 15251<br>Wilmington, De 19886 | | H | credit card purchases | | $5,581 |
| A/C # 6011001770003848<br>Discover Card<br>P.O. Box 15251<br>Wilmington, DE 19886 | | W | credit card purchases | | $6,628 |
| A/C # 6011001350617702<br>Discover card<br>P.O. Box 15251<br>Wilmington, De 19886 | | W | credit card purchases | | $21,305 |

__2__ Continuation Sheets attached.

Subtotal -> $ 102,852
(Total of this page)

Total -> $
(use only on last page of completed Schedule F.)

\* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.
\*\* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 F (12-03)

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia

Debtor(s)   Case No. 04-13159-inf  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 734479660 Filene's P.O. Box 94868 Cleveland, OH 44101 | | W | department store purchases | | $50 |
| A/C # 441390382 Filene's P.O. Box 94868 Cleveland, OH 44101 | | H | department store purchases | | $579 |
| A/C # 5441186001128068 Fleet Credit Card Service P.O. Box 15368 Wilmington, De 19886 | | W | credit card purchases | | $16,075 |
| A/C # 6018595096385741 Gap/MCCBG P.O. Box 530993 Atlanta, Ga 30353 | | W | department store purchases | | $573 |
| A/C # 6030090204130522 GE Capital Cons Cardco P.O. Box 9001557 Louisville, KY 40290 | | H | credit card purchases | | $2,234 |
| A/C # 5499440913505447 GM Cardmember Services P.O. Box 88000 Baltimore, MD 21288 | | W | credit card purchases | | $6,677 |
| A/C # 0458009300 Isuzu P.O. Box 268914 Oklahoma City, OK 73124 | | W | excessive mileage motor vehicle lease deficiency | | $850 |
| A/C # 5490997729273980 MBNA America P.O. Box 15137 Wilmington, DE 19886 | | H | credit card purchases | | $5,166 |
| A/C # 5490994344370986 MBNA America P.O. Box 15137 Wilmington, DE 19886 | | H | credit card purchases | | $13,555 |

_1_ Continuation Sheets attached.

Subtotal -> $ 45,759
(Total of this page)

Total -> $
(use only on last page of completed Schedule F.)

* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.
** If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 F (12-03)

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia

Debtor(s)    Case No. 04-13159-inf (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 1150045240589 Sears Card P.O. Box 182149 Columbus, OH 43218 | | W | department store purchases | | $379 |
| A/C # Sheldon L. Yunes, D.D.S. 282 Washington Street North Easton, MA 02356 | | W | dental bill | | $433 |
| A/C # 22310 Striar Jewish Community Center, 455 Central Street Stoughton, MA 02072 | | J | membership fees | | $1,450 |
| A/C # 01000161908 U.B. Vehicle Leasing, Inc. P.O. Box 6166 Boston, MA 02209 | | W | excess mileage charge on motor vehicle lease | | $825.00 |

0  Continuation Sheets attached.

Subtotal -> (Total of this page)  $ 3,087

Total -> $ 266,259
(use only on last page of completed Schedule F.)

\* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.
\*\* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

 Form B6 G (6-90)

In re: **Resnick, Samuel, Barry**
      **Resnick, Ilyn, Marcia**   Debtor(s)   Case No. 04-13159-inf (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Archstone Canton<br>367 Bolivar Street<br>Canton, MA 02021 | residental aparment lease ends September 19, 2004 $1270 monthly |
| Toyota Financial Services<br>P.O. Box 17187<br>Baltimore, MD 21297 | motor vehicle lease, $309 monthly payments, 56 payments outstanding |
| Saab Financial Services<br>P.O. Box 239<br>Memphis, TN 38101 | motor vehicle lease $440 montly payments, 20 payments outstanding |

Form B6 H, (6-90)

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia

Debtor(s)　　Case No. 04-13159-inf　(if known)

## SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Wheeler<br>2295 Northumbri Drive<br>Sanford, FL 32771 | Toyota Financial Services<br>P.O. Box 17187<br>Baltimore, MD 21297 |

Form B61 (12-03)

BlumbergExcelsior, Inc., Publisher NYC 10013
www.blumberg.com

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia    Debtor(s)    Case No 04-13159-inf (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP | AGE |
| | Jenna Resnick, Daughter | 9 |
| | Brett Resnick, Son | 6 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | real estate broker-rental agent | ~~real estate appraiser~~ |
| Name of Employer | Exit Realty Associates | eappraiseIT |
| How long employed | 18 months | 6 months |
| Address of Employer | 1032A Commonwelath Avenue Boston, MA 02215 | 5 Cherry Hill Drive Danvers, MA 01923 |

**Income:** (Estimate of average monthly income)  DEBTOR  SPOUSE

Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) .......... $ _____   $ 1,500
Estimate monthly overtime ..........
SUBTOTAL .......... $ _____   $ 1,500

LESS PAYROLL DEDUCTIONS
a. Payroll taxes and social security ..........   140
b. Insurance ..........
c. Union dues ..........
d. Other (Specify) ..........

SUBTOTAL OF PAYROLL DEDUCTIONS .......... $ _____   $ _____
TOTAL NET MONTHLY TAKE HOME PAY .......... $ _____   $ 1,360

Regular income from operation of business or profession or farm
(attach detailed statement) see attached income statement  $16,121
Income from real property ..........
Interest and dividends ..........
Alimony, maintenance or support payments payable to the debtor for the debtor's
use or that of dependents listed above. ..........   800
Social security or other government assistance (Specify) ..........

Pension or retirement income
Other monthly income (Specify) ..........

TOTAL MONTHLY INCOME .......... $ 16,121   $ 2,160

TOTAL COMBINED MONTHLY INCOME   $ 18,281   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Case 04-13159 Doc 8 Filed 05/06/04 Entered 05/06/04 15:57:10 Desc Main Document Page 14 of 17

Form 86 J, Cont. (6-90) Julius Blumberg, Inc.

In re: Resnick, Samuel, Barry
Resnick, Ilyn, Marcia                Debtor(s)    Case No. 04-13159-inf  (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[X] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

Rent or home mortgage payment (include lot rented for mobile home)
Are real estate taxes included?  [X] Yes  [ ] No    Is property insurance included?  [ ] Yes  [X] No ........ $2,550 mortgage
Utilities  Electricity and heating fuel ............................................................................. 1,270 rent
           Water and sewer .............................................................................................. 100
           Telephone ........................................................................................................
           Other ................................................................................................................ 65

Home maintenance (repairs and upkeep) ..........................................................
Food ..............................................................................................................
Clothing ........................................................................................................ 250
Laundry and dry cleaning ............................................................................. 75
Medical and dental expenses ....................................................................... 25
Transportation (not including car payments) fuel and maintence ............. 25
Recreation, clubs and entertainment, newspapers, magazines, etc. ....... 200
Charitable contributions ................................................................................ 200
Insurance (not deducted from wages or included in home mortgage payments)
    Homeowner's or renter's ..........................................................................
    Life ............................................................................................................. 75
    Health .......................................................................................................
    Auto ...........................................................................................................
    Other ......................................................................................................... 128

Taxes (not deducted from wages or included in home mortgage payments)
(Specify) ........................................................................................................

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    Auto ...........................................................................................................
    Other ......................................................................................................... 440

Alimony, maintenance, and support paid to others .......................................
Payments for support of additional dependents not living at your home ....... 800
Regular expenses from operation of business, profession, or farm (attach detailed statement)
Other  support to A. Cardoso, Chestnut Hill, MA ................................. 9,361
                                                                                                                  700

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) ............. $ 16,264

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income
B. Total projected monthly expenses ............................................................. $
C. Excess income (A minus B) ...................................................................... $
D. Total amount to be paid into plan each
            (interval)                                                                                          $

Form B6 J, Cont. (6-90)     Julius Blumberg, Inc. NYC 10013

In re:    Resnick, Samuel, Barry
Resnick, Ilyn, Marcia     Debtor(s)    Case No. 04-13159-inf (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) SPOUSE

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[X] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

Rent or home mortgage payment (include lot rented for mobile home) .............................................. $
Are real estate taxes included? [ ] Yes [ ] No    Is property insurance included? [ ] Yes [ ] No
Utilities Electricity and heating fuel ........................................................................ 150
    Water and sewer ................................................................................. 20
    Telephone ...and cellular....................................................................... 100
    Other    cable televison ........................................................................ 70

Home maintenance (repairs and upkeep) ............................................................... 30
Food ................................................................................................. 400
Clothing ............................................................................................. 100
Laundry and dry cleaning ............................................................................. 50
Medical and dental expenses .......................................................................... 100
Transportation (not including car payments) fuel, auto repairs ....................................... 125
Recreation, clubs and entertainment, newspapers, magazines, etc. ..................................... 125
Charitable contributions ............................................................................. 50
Insurance (not deducted from wages or included in home mortgage payments)
    Homeowner's or renter's
    Life
    Health
    Auto
    Other ............................................................................................ 110

Taxes (not deducted from wages or included in home mortgage payments)
(Specify)

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    Auto
    Other ............................................................................................ 309

Alimony, maintenance, and support paid to others
Payments for support of additional dependents not living at your home
Regular expenses from operation of business, profession, or farm (attach detailed statement)
Other   child care ................................................................................... 469

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) ................................... $ 2,208

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income
B. Total projected monthly expenses ................................................................ $
C. Excess income (A minus B) ...................................................................... $
D. Total amount to be paid into plan each
             (interval) ..................................................................... $

Exit Realty Associates

**Monthly Income**

| | | |
|---|---|---:|
| Fees | $ | 5,599 |
| Other Income | $ | 633 |
| Rent Paid-Fee Paid | $ | 1,643 |
| Sponsoring Bonus | $ | 15 |
| Revenue Commission Account | $ | 3,259 |
| Revenue Escrow Account | $ | 4,384 |
| Revenue VRC Account | $ | 589 |
| Total Income | $ | 16,121 |

**Monthly Expenses**

| | | |
|---|---|---:|
| Advertising-application fees | $ | 964 |
| Miscellaneous Office | $ | 28 |
| Commissions, Contracts | $ | 3,503 |
| Computer | $ | 29 |
| Dues and Subscriptions | $ | 379 |
| Educational seminar | $ | 118 |
| Insurance | $ | 31 |
| Internet service | $ | 45 |
| Legal and Professional Services | $ | 69 |
| Licenses and Permits | $ | 68 |
| Meals and Entertainment | $ | 39 |
| Medical | $ | 11 |
| Miscellaneous expenses | $ | 6 |
| Office Expenses | $ | 361 |
| Office Equipment | $ | 163 |
| Office Repair | $ | 59 |
| Copier lease | $ | 30 |
| Postage and Delivery | $ | 79 |
| Printing | $ | 111 |
| Equipment rental | $ | 37 |
| Office Rent | $ | 1,600 |
| Repairs | $ | 610 |
| Office Supplies | $ | 10 |
| State tax | $ | 58 |
| Property tax | $ | 74 |
| Travel | $ | 17 |
| Cable televison | $ | 16 |
| Gas and Electric | $ | 12 |
| Telephone | $ | 821 |
| Water | $ | 10 |
| Other utilities | $ | 3 |
| Total Expenses | $ | 9,361 |

Form B6 Cont. (12-03)

Resnick, Samuel, Barry
Resnick, Ilyn, Marcia

In re:
                   Debtor(s)  Case No. 04-13159-inf
                               (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___16___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date May 5, 2004       Signature: _____
                       Debtor

Date May 5, 2004       Signature: _____
                   (Joint Debtor, if any) (If joint case, both spouses must sign.)

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer  Social Security No.
                     (Required by U.S.C. §110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____       _____
Signature of Bankruptcy Petition Preparer       Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                       (Total shown on summary page plus 1.)

Date
                Signature: _____
                (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

BlumbergExcelsior, Inc., Publisher NYC 10013
www.blumberg.com